**Order filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00223-CV

_____

## IN THE INTEREST OF D.C., a Minor Child

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-05172J**

---

# ORDER

This is an accelerated appeal from a judgment signed February 14, 2014, in a suit in which the termination of the parent-child relationship is at issue. The notice of appeal was due March 6, 2014. *See* Tex. R. App. P. 26.1(b); 28.4(a). The notice of appeal was filed March 17, 2014, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to

support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **April 14, 2014**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM